**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Nathaniel Mitchell, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2019-000069

---

**ON WRIT OF CERTIORARI**

---

Appeal From Richland County
Henry F. Floyd, Trial Judge
D. Craig Brown, Post-Conviction Relief Judge

---

Unpublished Opinion No. 2024-UP-063
Submitted February 1, 2024 – Filed February 21, 2024

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Kathrine Haggard Hudgins, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General Joshua Abraham Edwards, both of Columbia, for Respondent.

---

**PER CURIAM:** We issued a writ of certiorari to review the post-conviction relief (PCR) court's denial of Nathaniel Mitchell's application for PCR. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**WILLIAMS, C.J., and THOMAS and KONDUROS, JJ., concur.**